450 A.2d 1044

Continental Bank v. Moore et ux., Appellants.

604

Argued May 4, 1982.   Edward A. Savastio, for appellants;  Walter Weir, Jr., for appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.